IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEVIN SIDNEY EPPERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 24-1199-CFC |
| ) | |
| CAPTAIN PECK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

AND NOW, at Wilmington, on this Thirteenth day of June in 2025, having reviewed and considered Magistrate Judge Eleanor G. Tennyson's Order and Report and Recommendation (D.I. 16) and *pro se* Plaintiff Kevin Sidney Epperson's objection thereto (D.I. 18);

WHEREAS, on objection, Plaintiff argues that Magistrate Judge Tennyson lacked jurisdiction over this matter, which is a meritless legal theory;

WHEREAS, on objection, Plaintiff reiterates the claims made in his pleadings, which Magistrate Judge Tennyson's Order and Report and Recommendation addressed;

WHEREAS the Court agrees with Magistrate Judge Tennyson's assessment that the Amended Complaint (D.I. 8) fails to state a claim upon which this Court can

grant relief and that Plaintiff's subsequent motions to amend (D.I. 11, 14) do not cure the deficiencies in the Amended Complaint, rendering their grant futile; and

WHEREAS the Court agrees with Magistrate Judge Tennyson's assessment that further amendment, in accordance with the Report and Recommendation, could conceivably cure deficiencies in the Amended Complaint;

NOW THEREFORE, it is HEREBY ORDERED that Magistrate Judge Eleanor G. Tennyson's Order and Report and Recommendation (D.I. 16) is **ADOPTED**;

It is FURTHER ORDERED that Plaintiff's Objection (D.I. 18) is **OVERRULED**;

It is FURTHER ORDERED that Plaintiff's Amended Complaint (D.I. 8) is **DISMISSED without prejudice**; and

It is FINALLY ORDERED that Plaintiff is **GRANTED** leave to file, **on or before July 18, 2025**, a Second Amended Complaint that cures the deficiencies in the Amended Complaint, as discussed in the Report and Recommendation (D.I. 16).

_____
Chief Judge